

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2020

No. 04-20-00349-CV

**CITY OF FREDERICKSBURG, TEXAS**,
Appellant

v.

**E.290 OWNERS' COALITION,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15758
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's brief was originally due August 11, 2020. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to August 28, 2020. On August 28, 2020, appellant filed a motion requesting an additional extension of time to file the brief until September 11, 2020, for a total extension of 31 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his/her brief **by September 11, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

